1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  Attorneys for Defendant
   LAS VEGAS METROPOLITAN POLICE DEPARTMENT

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11 | CHRIS HARLOW and DEMIA HARLOW,         | CASE NO.:   2:17-cv-02082-RFB-CWH
12 |         Plaintiffs,                    |
   | vs.                                    |
13 |                                        | **STIPULATION AND ORDER TO**
   | NEVADA PROPERTY 1 LLC d/b/a THE        | **EXTEND DISPOSITIVE MOTION**
14 | COSMOPOLITAN OF LAS VEGAS; LAS         | **DEADLINE**
   | VEGAS METROPOLITAN POLICE              |
15 | DEPARTMENT; GRAY CLARKE; DOES 1-       | **(First Request)**
   | 30, inclusive; and, ROE CORPORATIONS 1-|
16 | 10, inclusive.                         |
   |         Defendants.                    |
17

18   The above-referenced parties, by and through their counsel of record, hereby agree and

19 stipulate to extend the Dispositive Motion deadline currently set for August 14, 2018, for an

20 additional thirty days (30) days, until **September 14, 2018**. This is the first requested extension

21 between the parties. The extension is being requested as discovery in this matter was voluminous,

22 deposition transcripts have only recently been received, and Defendant LVMPD's Counsel

23 anticipates that additional time will be needed to prepare a dispositive motion. In addition, the

24

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

Plaintiff's counsel wishes to discuss settlement with counsel for the Defendants. As such, the parties believe good cause exists for an extension of the deadline.

This request is timely. The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court and allow the parties to discuss the possibility of settlement. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 23rd day of July, 2018.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson, Esq. (#5781)
Ryan W. Daniels, Esq. (#13094)
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135
**Attorneys for LVMPD**

CISNEROS & MARIAS

By: */s/ Jason C. Foulger*
Jason C. Foulger, Esq. (#7338)
1160 N. Town Center Dr., Suite 130
Las Vegas, NV 89144
**Attorneys for Nevada Property 1, LLC d/b/a The Cosmopolitan of Las Vegas**

By: */s/ Lucas A. Grower*
Lucas A. Grower, Esq. (#11384)
1810 E. Sahara Ave., #112
Las Vegas, NV 89104
**Attorneys for Plaintiffs**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2018
CASE NO.: 2:17-cv-02082-RFB-CWH