LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

Attorneys for Defendant
LAS VEGAS METROPOLITAN POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS HARLOW and DEMIA HARLOW,<br><br>Plaintiffs,<br>vs.<br><br>NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GRAY CLARKE; DOES 1-30, inclusive; and, ROE CORPORATIONS 1-10, inclusive.<br>Defendants. | CASE NO.: 2:17-cv-02082-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through its counsel, Kaempfer Crowell, and CHRIS HARLOW and DEMIA HARLOW (collectively "Plaintiffs"), by and through their counsel, Lucas Grower, Esq. that Plaintiffs' claims against LVMPD are hereby

///

///

///

dismissed, with prejudice, with each party to bear its own attorney fees and costs.

DATED this 11th day of September, 2018.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*  
    Lyssa S. Anderson, Esq. (#5781)  
    Ryan W. Daniels, Esq. (#13094)  
    1980 Festival Plaza Dr., Ste. 650  
    Las Vegas, Nevada 89135  
    **Attorneys for LVMPD**

By: */s/ Lucas A. Grower*  
    Lucas A. Grower, Esq. (#11384)  
    1810 E. Sahara Ave., #112  
    Las Vegas, NV 89104  
    **Attorneys for Plaintiffs**

**IT IS SO ORDERED:**

_____  
RICHARD F. BOULWARE, II  
United States District Court

DATED: September 13, 2018.  
CASE NO.: 2:17-cv-02082-RFB-CWH