JASON C. FOULGER, ESQ.
Nevada Bar No. 7338
CISNEROS & MARIAS
7450 Arroyo Crossing, Suite 230
Las Vegas, NV 89113
**MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
jason.foulger@zurichna.com

Attorneys for Defendant
NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CHRIS HARLOW and DEMIA HARLOW,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GRAY CLARKE; DOES 1-30, inclusive; and, ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02082-RFB-CWH<br><br>**STIPULATION AND ORDER**<br>**OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the PLAINTIFF, CHRIS HARLOW and his counsel Lucas A. Grower, Esq. and DEFENDANT NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS by and through their counsel of record Jason C. Foulger, Esq. of CISNEROS & MARIAS, hereby to dismiss this case with prejudice.

It is further agreed that each side to bear their own costs and fees.

1

***Chris Harlow, et al. v. Nevada Property 1 LLC, et al.***
Case No. 2:17-cv-02082-RFB-CWH
Stipulation & Order for Dismissal with Prejudice

There is no Jury Trial presently set for this case.

Dated this 11th day of September, 2018.

Dated this _____ day of _____, 2018.

CISNEROS & MARIAS

HENNESS & HAIGHT

JASON C. FOULGER, ESQ.
7450 Arroyo Crossing, Suite 230
Las Vegas, NV 89113
**MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
Attorneys for Defendant

Lucas A. Grower, Esq.
1810 E. Sahara Avenue, #112
Las Vegas, NV 89104
Attorneys for Plaintiff

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

It is further agreed that each side to bear their own costs and fees.

*Chris Harlow, et al. v. Nevada Property 1 LLC, et al.*
Case No. 2:17-cv-02082-RFB-CWH
Stipulation & Order for Dismissal with Prejudice

There is no Jury Trial presently set for this case.

Dated this _____ day of _____, 2018.

CISNEROS & MARIAS

_____
JASON C. FOULGER, ESQ.
7450 Arroyo Crossing, Suite 230
Las Vegas, NV 89113
**MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
Attorneys for Defendant

Dated this _7_ day of _Sept._, 2018.

LUCAS GROWER, ESQ.

_____
Lucas A. Grower, Esq.
1810 E. Sahara Avenue, #112
Las Vegas, NV 89104
Attorneys for Plaintiff

///
///
///
///
///
///
///
///
///
///
///
///
///

2

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice; each side to bear their own costs and fees.

Dated this 13th day of September, 2018

RICHARD F. BOULWARE, II
United States District Court

Submitted by:

CISNEROS & MARIAS

JASON C. FOULGER, ESQ.
Nevada Bar No. 7338
7450 Arroyo Crossing, Suite 230
Las Vegas, NV 89113
**MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
Attorneys for Defendant
NEVADA PROPERTY 1 LLC
d/b/a THE COSMOPOLITAN OF LAS VEGAS